DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HYDRO CONDUIT CORP.,** a foreign corporation,
Appellant,

v.

**DRAGADOS USA, INC.,** a foreign corporation**, FIDELITY & DEPOSIT COMPANY OF MARYLAND,** a foreign corporation**, ZURICH AMERICAN INSURANCE COMPANY,** a foreign corporation**, LIBERTY MUTUAL INSURANCE COMPANY,** a foreign corporation**,** and **THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,** a foreign corporation,
Appellees.

No. 4D19-289

[February 13, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos Augusto Rodriguez, Judge; L.T. Case No. 11-18330CA.

Mark C. De St. Aubin (Pro Hac Vice) and Peter M. Crofton of Smith, Gambrell & Russell, LLP, Atlanta, GA, and John P. Seiler and Richard J. Zaden of Seiler, Sautter, Zaden, Rimes & Wahlbrink, Wilton Manors, for appellant.

K. Stefan Chin and Jerry P. Brodsky of Peckar & Abramson, P.C., Miami, for appellee Dragados USA, Inc.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***